UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

Amended Plan-CHAPTER 13 PLAN COVER SHEET

| | | | |
|---|---|---|---|
| Filing Date: | **1/25/12** | Docket #: | **12-10554** |
| Debtor: | **Jasmin Sejdinovic** | Co-Debtor: | |
| SS#: | **xxx-xx-6265** | SS#: | |
| Address: | **39 Crescent Ave #10 Chelsea, MA 02150** | Address: | |
| Debtor's Counsel: | **Lamya A. Forghany BBO # 675168** | | |
| Address: | **One Canal Street Lawrence, MA 01840** | | |
| Telephone #: | **978-662-5162** | | |
| Facsimile #: | **978-299-0184** | | |

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THE LATER OF (i) THIRTY (30) DAYS AFTER THE FIRST DATE SET FOR THE SECTION 341 MEETING, OR (ii) THIRTY (30) DAYS AFTER SERVICE OF A MODIFIED PLAN TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

# OFFICIAL FORM 3
# PRE-CONFIRMATION CHAPTER 13 PLAN

Amended-CHAPTER 13 PLAN

Docket No.: **12-10554**

DEBTORS:  (H)  **Jasmin Sejdinovic**    SS#  **xxx-xx-6265**

(W)    SS#

I. PLAN PAYMENT AND TERM:

Debtor's shall pay monthly to the Trustee the sum of $ **200.00** for the term of:

☐ 36 Months.  11 U.S.C. § 1325(b)(4)(A)(i);

☐ 60 Months.  11 U.S.C. § 1325(b)(4)(A)(i);

☒ 60 Months.  11 U.S.C. § 1322(d)(2).  Debtor avers the following cause:

**Allowing debtor to enter into 60 month term will lower arrears amount within the plan.**

☐ ____ Months.  The Debtor states as reasons therefore:

**Detailed description of Plan Payments:**
**$200.00 per month for 4 months**
**$550.00 per month for 56 months**

II. SECURED CLAIMS

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **39 Crescent Avenue Condomium Trust** | **Pre-petition arrears** | $ **2,906.00** |
| **Eastern Bank** | **Pre-petition arrears** | $ **23,649.17** |

Total of secured claims to be paid through the Plan  $  **26,555.17**

B. Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| 39 Crescent Avenue Condomium Trust | **Condominium Association** |
| Eastern Bank | **Mortgage** |
| Wfs Financial/Wachovia Dealer Services | |

C. Modification of Secured Claims:

The Second Mortgage held Eastern Bank and any/all successors and assigns, in the amount of $39,800.00, which is serviced by Eastern Bank is to be stripped as it is wholly unsecured by the Debtors (s) principal residence.  The market value of the property at the time of filing was $117,000.00. The First Mortgage is held by Eastern Bank in the amount of $137,839.12. The Debtor has listed the second mortgage as an unsecured claim to be paid a dividend over the course of this Chapter 13 Plan in accordance with the treatment of unsecured claims in Section V of the plan.  Upon the Debtor's

successful completion of the plan and the entry of the Order of Discharge, the Second Mortgage held by Eastern Bank and their successors and assigns (recorded at the Registry of Deeds in Book 38583 Page 267) will be discharged.

D. Leases:

  i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of
     **-NONE-**
     ; or

  ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of
     **-NONE-**
     .

  iii. The arrears under the lease to be paid under the plan are __0.00__.

III. PRIORITY CLAIMS

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | $ | |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | $ | |

Total of Priority Claims to Be Paid Through the Plan  $ **0.00**

IV. ADMINISTRATIVE CLAIMS

A. Attorneys fees (to be paid through the plan):   $ **1,781.00**

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | $ | |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

V. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of __0__ % of their claims.

A. General unsecured claims:   $ **60,131.00**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Eastern Bank** | **Mortgage** | $ **39,800.00** |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of claim | Amount of Claim |
|---|---|---|
| **-NONE-** | $ | |

Total of Unsecured Claims (A + B + C):   $ **$99,931.00**

D. Multiply total by percentage:  $ __**103.83**__
(Example:  Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| **-NONE-** | | $ |

Total amount of separately classified claims payable at ____%     $ _____**0.00**

## VI. OTHER PROVISIONS

      A. Liquidation of assets to be used to fund plan:

      B. Miscellaneous provisions:

## VII. CALCULATION OF PLAN PAYMENT

| | | |
|---|---|---|
| a) Secured claims  (Section II-A&D Total): | $ | **26,555.17** |
| b) Priority claims  (Section III-A&B Total): | $ | **0.00** |
| c) Administrative claims  (Section IV-A&B Total): | $ | **1,781.00** |
| d) Regular unsecured claims  (Section V-D Total): | $ | **103.83** |
| e) Separately classified unsecured claims: | $ | **0.00** |
| f) Total of a + b + c + d + e above: | =$ | **28,440.00** |
| g) Divide (f) by .90 for total including Trustee's fee: | | |
|                             Cost of Plan= | $ | **31,600.00** |

(This represents the total amount to be paid into the chapter 13 plan)

h. Divide (g), Cost of Plan, by Term of plan,          **60** months
i. Round up to nearest dollar for Monthly Plan Payment:  $     **200.00**

(Enter this amount on page 1)
**Detailed description of Plan Payments:**

        $200.00  per month for 4  months
        $550.00  per month for 56  months

Pursuant to 11 U.S.C. § 1326(a) (1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the plan is filed.
Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| **39 Crescent Ave #10**<br>**Chelsea, MA 02150**<br>**Deed Book 38947 Page 144** | $ **117,000.00** | $ **196,959.12** |

Total Net Equity for Real Property:  $ _____**0.00**
Less Exemptions (Schedule C):  $ _____**0.00**
Available Chapter 7:  $ _____**0.00**

B. Automobile (Describe year, make and model):

**2009 Mercedes-Ben C-Class**
**Miles: 30,000**
**Good Condititon**
**Location: 39 Crescent Ave #10,**
**Chelsea MA 02150**    Value $    **21,275.00**  Lien $    **32,025.00**  Exemption $    **0.00**

**2001 Mits Eclips GT**
**Miles:120,000**
**Fair Condition**
**Location: 39 Crescent Ave #10,**
**Chelsea MA 02150**    Value $    **1,616.00**  Lien $    **0.00**  Exemption $    **1,616.00**

Total Net Equity:    $ **1,616.00**
Less Total Exemptions (Schedule C):    $ **1,616.00**
Available Chapter 7:    $ **0.00**

C. All other Assets (All remaining items on Schedule B):  (Itemize as necessary)

**Cash in Wallet**

**Bank of America**
**Checking Acoount Ending 0575**

**Living room set, 2 bedroom sets, dinning table, charis, and 2 tv's**
**Location: 39 Crescent Ave #10, Chelsea MA 02150**

**6 artwordk pictures, statue figure**
**Location: 39 Crescent Ave #10, Chelsea MA 02150**

**Winter and Summer clothing**
**Location: 39 Crescent Ave #10, Chelsea MA 02150**

**wedding ring**
**Location: 39 Crescent Ave #10, Chelsea MA 02150**

Total Net Value:    $ **5,864.19**
Less Total Exemptions (Schedule C):    $ **5,844.19**
Available Chapter 7:    $ **20.00**

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions:    $    **20.00**

E. Additional Comments regarding Liquidation Analysis:

IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her counsel is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

**/s/ Lamya A. Forghany BBO #**    **May 16, 2012**
**Lamya A. Forghany BBO # 675168**    Date
Debtor's Attorney
Attorney's Address:  **One Canal Street**
**Lawrence, MA 01840**
Tel. #:    **978-662-5162 Fax:978-299-0184**
Email Address:    **Bankruptcy@ForghanyLaw.com**

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

Date **May 16, 2012**                    Signature **/s/ Jasmin Sejdinovic**
                                                   **Jasmin Sejdinovic**
                                                   Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on **May 16, 2012**, a copy of **Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**39 Crescent Avenue Condomium Trust**
**c/o Attorney Laura White Brandow**
**45 Braintree Hill Park**
**Suite 107**
**Braintree, MA 02184**

**Capital 1 Bank**
**Attn: Bankruptcy Dept.**
**Po Box 30285**
**Salt Lake City, UT 84130**

**Chase**
**201 N. Walnut St//De1-1027**
**Wilmington, DE 19801**

**Chase - Cc**
**Attention: Bankruptcy Department**
**Po Box 15298**
**Wilmington, DE 19850**

**Danica Kolenda**
**c/o Neil J. DePaul, Esq.**
**P.O. Box 410112**
**Cambridge, MA 02141**

**Dsnb Macys**
**9111 Duke Blvd**
**Mason, OH 45040**

**Eastern Bank**
**P.O. Box 843335**
**Boston, MA 02284**

**Eastern Bank**
**151 Campanelli Dr**
**Middleboro, MA 02346**

**Gecrb/ge Capital**
**C/o Po Box 981439**
**El Paso, TX 79998**

**Hsbc Bank**
**Attn: Bankruptcy**
**Po Box 5213**
**Carol Stream, IL 60197**

**Hsbc/berpl**
**Po Box 703**
**Wood Dale, IL 60191**

**Hsbc/bsbuy**
**P.O. Box 49352**
**San Jose, CA 95161**

**Kohls/capone**

**N56 W 17000 Ridgewood Dr**
**Menomonee Falls, WI 53051**

**Sears/cbna**
**Po Box 6282**
**Sioux Falls, SD 57117**

**Wfs Financial/Wachovia Dealer Services**
**Po Box 3569**
**Rancho Cucamonga, CA 91730**

**/s/ Lamya A. Forghany BBO #**
**Lamya A. Forghany BBO # 675168**
**Forghany Law, P.C.**
**One Canal Street**
**Lawrence, MA 01840**
**978-662-5162Fax:978-299-0184**
**Bankruptcy@ForghanyLaw.com**